**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 09-21957-CIV-GOLD/MCALILEY

ISAAC PONCIANO PATON OSCO and
REYNA VICHINI CAMARGO,

        Plaintiffs,

v.

LLOYD AERO BOLIVIANO, S.A., et al.

        Defendants.

_____/

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO CONSOLIDATED FIRST AMENDED COMPLAINT**[1]

Defendants Lloyd Aereo Boliviano, S.A., Interamerican Trade and Transport, Inc., Promati, Inc., Aviation Refinancing Transaction, L.L.C., GA Telesis, L.L.C., Aircraft Systems Group, Inc. and The Boeing Company, jointly move for an enlargement of time to respond to the consolidated first amended complaint [DE 25].

Defendants request an enlargement of time, from ten to 30 days, to respond to the amended complaint under Rule 15(a)(3), Fed.R.Civ.P. The amended complaint is 66-pages in length and applies to 85 separate actions, some of which will require unique or customized responses based on the defenses that are available in some but not all cases. New causes of action based on "willful misconduct" are alleged. An enlargement of time, from ten to 30 days, for the current defendants to respond to the amended complaint will not otherwise delay the litigation or prejudice plaintiffs.

---

[1] This notice applies to all cases related to the above-captioned action as set forth in Defendant Lloyd Aereo Boliviano, S.A.'s Notice of Pendency of Other Action [DE 3].

CASE NO.: 09-21957-CIV-GOLD/MCALILEY

Counsel for all plaintiffs, Robert Hudson, Edward Montoya and Herman Russomano, each has expressed his non-objection to the requested enlargement. The new deadline to respond to the consolidated first amended complaint will be October 14, 2009.

Respectfully submitted,

_____/s/ Emmet J. Schwartzman_____
EMMET J. SCHWARTZMAN
Florida Bar No. 710490
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055
*Attorneys for Lloyd Aereo Boliviano, S.A.*

_____/s/ Edward A. Moss_____
EDWARD A. MOSS
Florida Bar No. 057016
SHOOK, HARDY & BACON, L.L.P.
Miami Center, Suite 2400
201 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: (305) 358-5171
Facsimile:  (305) 358-7470
*Attorneys for The Boeing Company*

_____/s/ Richard L. Richards_____
RICHARD L. RICHARDS
Florida Bar No. 09415
Richards & Associates
232 Andalusia Avenue, Suite 202
Coral Gables, Florida 33134
Telephone: (305) 448-2228
Facsimile:  (305) 448-2229
*Attorneys for Promati, Inc. and Interamerican Trade and Transport, Inc.*

_____/s/ J. Michael Pennekamp_____
J. MICHAEL PENNEKAMP
Florida Bar No. 983454
Fowler White Burnett, P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile:  (305) 789-9201
*Attorneys for Aviation Refinancing Transaction, L.L.C., GA Telesis, L.L.C. and Aircraft Systems Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record or pro se parties via transmission of Notices of

Electronic Filing generated by CM/ECF.

                                     /s/ Emmet J. Schwartzman
                                     EMMET J. SCHWARTZMAN