UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21957-CIV-GOLD/MCALILEY

ISAAC PONCIANO PATON OSCO,
et al.,

    Plaintiffs,
v.

LLOYD AERO BOLIVIANO, S.A.,
et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR HEARING; SETTING TELEPHONIC STATUS CONFERENCE; GRANTING EXTENSION OF TIME

This CAUSE is before the Court on the Defendants' Joint Motion for Hearing [DE 26] and Defendants' Motion for Extension of Time [DE 27].  Having reviewed the Motion and being otherwise fully advised in the premises, I have determined that a telephonic status conference shall be held to determine revised pretrial deadlines in this matter and that the Motion for Extension of Time to respond to the Consolidated First Amended Complaint is granted.  Accordingly, it is hereby

ORDERED and ADJUDGED that:

1. Defendants' Joint Request for Hearing [DE 26] is GRANTED.

2. A telephonic status conference is set before the undersigned at the United States District Court, Courtroom 11-1, 400 North Miami Avenue, Miami, Florida, on **Wednesday, September 23, 2009 at 2:00 pm.**

3. The conference can be accessed by calling 1-866-208-0348 and referencing conference ID number 31484674.  Please be prompt.

4. The dates for the filing of a joint discovery plan and discovery conference

      shall be modified by subsequent order of this Court.

    5.     The Motion for Extension of Time [DE 27] is GRANTED.

    6.     Defendants shall file their Response to the Consolidated First Amended Complaint on or before October 14, 2009.

DONE and ORDERED in Chambers in Miami, Florida, this 17th day of September, 2009.

                                                   _____
                                                   THE HONORABLE ALAN S. GOLD
                                                   UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Chris M. McAliley