UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21957-CIV-GOLD/MCALILEY

ISAAC PONCIANO PATON OSCO,
et al.,

    Plaintiffs,

v.

LLOYD AERO BOLIVIANO, S.A., et al.,

    Defendants.

_____ /

## ORDER CANCELLING DISCOVERY CONFERENCE

PLEASE TAKE NOTICE that the discovery conference set for September 24, 2009, is cancelled. Pursuant to the Court's Order Granting Motion for Hearing; Setting Telephonic Status Conference; Granting Extension of Time [DE 34], the date for the discovery conference will be reset by a subsequent order of the Court.

DONE AND ORDERED in chambers, in Miami, Florida, on this 18th day of September, 2009.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Alan S. Gold
Counsel of record